# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0569

VERSUS

CORDERRIUS DASHON MITCHELL                            **SEPTEMBER 1, 2020**

---

In Re:   Corderrius Dashon Mitchell, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-14-0338.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**

**Lanier, J.,** dissents in part. I would grant the writ for the sole purpose of remanding it to the district court for a full evidentiary hearing on relator's claim that he was denied a fair trial because individuals who were born after June 2, 1993, were excluded from participating in the jury venire. See **State v. Cannon,** 2019-590 (La. 4/18/19), 267 So.3d 585, 585-86 (per curiam). In all other respects, I would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT